IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT KNOWLES**, an individual domiciled in the State of Arizona. | Case No. 5:23-cv-04050-NC |
| Plaintiff, | |
| v. | **ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE** |
| **ROTARY CLUB OF MONTEREY**, an entity doing business in California; **ROTARY INTERNATIONAL DISTRICT 5230, INC.**, an entity doing business in California; **MONTEREY PARK ROTARY CLUB FOUNDATION**, a California Corporation; **MONTEREY PENINSULA ROTARY FUND**, a California Corporation; **ROTARY CLUB OF MONTEREY PACIFIC, INC.**, a California Corporation; **ROTARY CLUB OF MONTEREY PARK**, a California Corporation; **THE ROTARY FOUNDATION OF THE ROTARY CLUB OF MONTEREY**, a California Corporation, | |
| Defendants. | |

Stipulation for Dismissal of all Claims with Prejudice having been received in the above-captioned matter,

**IT IS HEREBY ORDERED** that the case is dismissed with prejudice, with each party to bear their own costs and fees.

DATED: __September 25, 2024__

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

[GRANTED - Judge Nathanael M. Cousins]

Order to Dismiss all Claims                                   Case No. 5:23-cv-04050-NC